**FILED**
October 9, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> AIMEE SHARON BURGESS, ) <br> ) <br> Defendant. ) | Case No. 2:13CR00330-KJM-2 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __AIMEE SHARON BURGESS__ , Case No. __2:13CR00330-KJM-2__ , Charge __21USC § 846, 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of $_____

    _✔_   Unsecured Appearance Bond - $50,000.00

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond with Surety

    ___   Corporate Surety Bail Bond

    _✔_   (Other)   __Pretrial conditions as stated on the record.__

Issued at __Sacramento, CA__ on __October 9, 2013__ at __2:28 pm__ .

**The defendant shall be released to Pretrial Services on 10/10/2013 @ 8:30 a.m.**

By   /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court