BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       v.<br><br>GLEN MEYERS, ET AL.,<br><br>             Defendants. | CASE NO.  2:13-CR-330 KJM<br><br>NOTICE OF WITHDRAWAL OF STIPULATION CONCERNING PRETRIAL RELEASE CONDITION NUMBER 12 AND [PROPOSED] ORDER |

The United States hereby withdraws its stipulation to modify the originally imposed conditions of pretrial release for defendant Aimee Burgess.  Specifically, the United States requests that the originally imposed condition (special condition number 12) forbidding Burgess from communicating with her codefendants – including Glen Meyers – be reinstated.  Defense counsel for Meyers and Burgess have no objection to this request, nor does the Pretrial Services Officer.

Dated:  December 31, 2013                                  BENJAMIN B. WAGNER
                                                                              United States Attorney


                                                            By:  /s/ MICHELE BECKWITH
                                                                   MICHELE BECKWITH
                                                                   Assistant United States Attorney

1

**ORDER**

This Court's order of November 27, 2013, modifying defendant Burgess's conditions of pretrial release is hereby VACATED.  The originally imposed special condition number 12, providing that Burgess "shall not associate or have any contact with co-defendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer," is hereby REINSTATED.   Defendant Burgess is advised that this condition precludes her from communicating with codefendants through third parties.

IT IS SO ORDERED.

Dated:  January 2, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD1.crim
13cr0330.Meyers.Withdrawal .of.Stip.