BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-330 KJM |
|---|---|
| Plaintiff, | ORDER FOR HEARING ON THE GOVERNMENT'S MOTION FOR REVOCATION OF RELEASE OF AIMEE BURGESS |
| v. | |
| GLEN MEYERS, ET AL., | |
| Defendants. | |

The government's motion for revocation of release of defendant Aimee Burgess is set for hearing on January 9, 2014, at 2:00 p.m. before United States Magistrate Judge Dale A. Drozd. Defendant Aimee Burgess is ordered to appear at the hearing.

IT IS SO ORDERED.

Dated: January 3, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad.Crim
13CR0330.Burgess.Revocation.0103.docx